United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUSTAVO MARTINEZ MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06062 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice filed on May 26, 2026. Doc. #11. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice with each party to bear its own costs.

The Clerk is hereby DIRECTED to close this case.

It is so ORDERED.

**MAY 2 6 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge